IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN LOPEZ, an individual; and JOSEPHINE LOPEZ, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> MORTGAGE ELECTRONIC REGISTRATION SYSTEMS AS NOMINEE, et al., <br><br> Defendants. | 1:09cv01485 LJO DLB <br><br> ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED |

On August 19, 2009, Plaintiffs Martin Lopez and Josephine Lopez filed the instant action against Defendants Mortgage Electronic Registration Systems as Nominee, First Mortgage Corporation, Wilshire Credit Corporation, Cal-Western Reconveyance Corporation and Does 1-10.

On August 24, 2009, the Court issued summons along with civil new case documents. The civil new case documents included an Order Setting Mandatory Scheduling Conference for December 1, 2009.

On December 1, 2009, Plaintiffs failed to appear for the Mandatory Scheduling Conference and failed to file a Scheduling Conference Statement. Plaintiffs also failed to file proofs of service of the summons and complaint in this action. Additionally, Plaintiffs' counsel reportedly has not responded to communications from Defendant First Mortgage Corporation.

Therefore, Plaintiffs are ORDERED TO SHOW CAUSE, if any they have, why the action

1

1  should not be dismissed for failure to appear and for failure to prosecute this case.

2       IT IS HEREBY ORDERED by the Court that Plaintiffs' counsel appear in person on December 31, 2009, at 9:00 a.m. in Courtroom 9 of the above-entitled Court, located at 2500 Tulare Street, Fresno, California, to show cause, if any there be, why this action should not be dismissed for failure to appear and failure to prosecute this case. <u>Failure to do so will result in a recommendation that this action be dismissed for failure to follow the Court's orders.</u>

IT IS SO ORDERED.

**Dated:   December 1, 2009**                    **/s/ Dennis L. Beck**
                                          UNITED STATES MAGISTRATE JUDGE